(Reap. Dec. 8574)

ABELS WASSERBERG & CO., INC. (PENSON & CO.—BROKER) v. UNITED STATES

Entry No. 794726.

(Decided April 27, 1956)

*Siegel, Mandell & Davidson* for the plaintiffs.

*George S. Leonard,* Acting Assistant Attorney General, for the defendant.

WILSON, Judge: This appeal for reappraisement has been submitted for decision upon the following stipulation of counsel for the parties hereto:

IT IS STIPULATED AND AGREED by and between the parties hereto, subject to the approval of the Court, that the merchandise and the issues in the Appeal to Reappraisement enumerated above are the same in all material respects to the merchandise and the issues decided in the case of *United States* v. *Nelson Bead Co.,* C. A. D. 590, and that the record in said case be incorporated and made a part of the record herein.

IT IS FURTHER STIPULATED AND AGREED that the export value of the merchandise at the time of exportation to the United States covered by the Appeal to Reappraisement enumerated above at which time such or similar merchandise was freely offered for sale to all purchasers in the principal market of the country from which exported in the usual wholesale quantity and in the ordinary course of trade for export to the United States including costs of containers and coverings of whatever nature and all other costs, charges and expeness incident to placing the merchandise ready for shipment to the United States, is the Appraised value less 15%, and that there was no higher foreign value for such or similar merchandise.

IT IS FURTHER STIPULATED AND AGREED that the case may be submitted on the foregoing stipulation.

On the agreed facts I find the export value, as that value is defined in section 402 (d) of the Tariff Act of 1930, to be the proper basis for the determination of the value of the merchandise here involved, and that such value was the appraised value, less 15 per centum.

Judgment will be entered accordingly.